**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **NALETH VONGSENGCHANH,** | ) | **CASE NO. 7:12CV00444** |
| | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | **By:  Glen E. Conrad** |
| | ) | **Chief United States District Judge** |
| **Respondent.** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the United States' motion to dismiss (ECF No. 24) is **GRANTED**; the petition for a writ of

habeas corpus, pursuant to 28 U.S.C. § 2241, is **DISMISSED** as without merit; the remaining

motion to dismiss (ECF No. 18) is **DISMISSED** as moot; and this action is stricken from the

active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a

constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is

**DENIED**.

**ENTER**:  This 2nd day of April, 2013.


_____ */s/  Glen E. Conrad*_____
Chief United States District Judge